In the Matter of the Application of ANNA ROBINSON for the Removal of HENRY W. BRIDGES as a City Magistrate. ANNA ROBINSON, Petitioner; HENRY W. BRIDGES, Respondent.— Motion for removal of respondent from the office of magistrate of the City Magistrates' Court of the City of New York. Proceeding dismissed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of FRANCIS F. CARPENTER, Respondent, for a Mandamus Order against OSCAR GRAB, as Chief of the Fire Department of the City of New Rochelle, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to JOSEPH E. DEADY, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of PATRICK FOLEY and Others, Appellants, to Compel the Performance of a Duty and to Restrain, Pursuant to Article 78 of the Civil Practice Act, ABRAM W. SKIDMORE, as Commissioner of Police of the County of Nassau, New York, and Others, Respondents, and WILLIAM C. FISHER and Others, Intervenors, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of GEDEX REALTY CORPORATION, Appellant, for an Order of Certiorari against ROBERT Y. CLARK, Chairman, and Others, Composing the Board of Appeals of the City of White Plains, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of CHARLES F. MACNEIL, Petitioner, for a Certiorari Order against the BOARD OF TRUSTEES OF THE VILLAGE OF PATCHOGUE, Constituting the Board of Police Commissioners of the Police Department of the Village of Patchogue, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of DAVID N. SUGARMAN, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. [See 248 App. Div. 724.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS VOSO, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

RALPH K. JACOBS, Respondent, v. WILLIAM B. HERLANDS, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Appellant's time to serve a second amended answer extended until ten days from the entry of the order hereon. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

NOAH KLEPPER, Appellant, v. HANNAH BROWNSTEIN and THE BOWERY SAVINGS BANK, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.